CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Yahaira Karen Porras**<br>DOB: 1998; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**20 - 08697 MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(2)(B)(ii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 16, 2020, in the District of Arizona, **Yahaira Karen Porras**, did knowing or in reckless disregard of the fact that a certain alien, a minor child, had not received prior official authorization to come to, enter, or reside in the United States, did bring to or attempt to bring to the United States said alien, in any manner whatsoever, regardless of any official action which may later be taken with respect to such alien, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Section 1324(a)(2)(B)(ii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On April 16 2020, **Yahaira Karen Porras** presented herself for admission into the U.S. from Mexico through the Port of Entry in Douglas, Arizona in the pedestrian lane. **Porras** presented an Arizona identification card bearing her name and date of birth along with an original Arizona birth certificate for the minor child with her. **Porras** said that the minor child was her friend's son and they lived in Douglas, Arizona. The CBPO referred **Porras** to Passport Control Unit for further questioning. In secondary, the minor child said he was from Oaxaca, MX and told the CBPO his real name.

In a post-*Miranda* statement **Porras** said that she was going to be paid $200 USD to bring the minor child across the border.

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: n/a

| DETENTION REQUESTED<br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*<br>AUTHORIZED AUSA JAA/mh | SIGNATURE OF COMPLAINANT<br>CLAUDIA TORRES<br>OFFICIAL TITLE<br>CBP Officer |
|---|---|
| Sworn by telephone _X_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 17, 2020 |

[1]   See Federal rules of Criminal Procedure Rules 3, 4.1, and 54